UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JAN 1 2 2011

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:11-00012 |
| v. ) | |
| ) | |
| ) | 18 U.S.C. § 2 |
| [1] ROBERT PORTER ) | 21 U.S.C. § 841(a)(1) |
|     a/k/a DA HERO a/k/a POOH ) | 21 U.S.C. § 846 |
| [2] DONNIE PATTERSON ) | 21 U.S.C. § 856(a)(2) |
|     a/k/a BIG DONNIE ) | |
| [3] BRIAN VANCE ) | |
|     a/k/a BIRD a/k/a BIRDMAN ) | |
| [4] DOMINIQUE SIMONS ) | |
|     a/k/a DISCO ) | |
| [5] JOSHUA D. DIX ) | |
|     a/k/a GRINDHARD ) | |
| [6] SHATIKA DIX ) | |
| [7] TRAVIS HODGES ) | |
|     a/k/a T-BONE ) | |
| [8] GREGORY BROOKS ) | |
| [9] DEONIS JELKS ) | |
| [10] QUINICE CROSS ) | |
| [11] LAMONT COTTON ) | |
| [12] MICHAEL BROWN ) | |
| [13] DONALD EWING ) | |
|     a/k/a DINO ) | |
| [14] DEMETRIUS DUNCAN ) | |
|     a/k/a WHIRLEY ) | |
| [15] KRONSKI HOWARD ) | |
|     a/k/a YOUNG MONEY a/k/a UNITS ) | |
| [16] JERRY DINKINS ) | |
| [17] ROBERT LIGON ) | |
|     a/k/a BOOSIE ) | |
| [18] DONTRELL PITTMAN ) | |
|     a/k/a CT ) | |
| [19] CHARLES MOUNT ) | |
|     a/k/a C-RED ) | |
| [20] JONATHAN JOHNSON ) | |

[21] CORNEL OLIVER     )
    a/k/a LIL C     )
[22] ALTO PARNELL     )
    a/k/a AL-PISTOL a/k/a A.P.     )
[23] XAVIER PARNELL     )
    a/k/a CHIEF     )
[24] ANTHONY SHELTON     )
    a/k/a PETEY a/k/a SLIM     )
[25] JAMES FARLEY, JR.     )
    a/k/a BABY JAMES     )
[26] DEDRIC SHINE     )
    a/k/a MOOK     )
[27] CHRIS YOUNG     )
    a/k/a SOLDIER C     )
[28] DMITRI JOHNSON     )

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Between in or around June 2010 to in or around December 2010, in the Middle District of Tennessee and elsewhere, **[1] ROBERT PORTER a/k/a "DA HERO" a/k/a "POOH; [2] DONNIE PATTERSON a/k/a BIG DONNIE; [3] BRIAN VANCE a/k/a BIRD a/k/a BIRDMAN; [4] DOMINIQUE SIMONS a/k/a DISCO; [5] JOSHUA D. DIX a/k/a GRINDHARD; [6] SHATIKA DIX; [7] TRAVIS HODGES a/k/a T-BONE; [8] GREGORY BROOKS; [9] DEONIS JELKS; [10] QUINICE CROSS; [11] LAMONT COTTON; [12] MICHAEL BROWN; [13] DONALD EWING a/k/a DINO; [14] DEMETRIUS DUNCAN a/k/a WHIRLEY; [15] KRONSKI HOWARD a/k/a YOUNG MONEY a/k/a UNITS; [16] JERRY DINKINS; [17] ROBERT LIGON a/k/a BOOSIE; [18] DONTRELL PITTMAN a/k/a CT; [19] CHARLES MOUNT a/k/a C-RED; [20] JONATHAN JOHNSON; [21]**

2

CORNEL OLIVER a/k/a LIL C; [22] ALTO PARNELL a/k/a AL-PISTOL a/k/a A.P.; [23] XAVIER PARNELL a/k/a CHIEF; [24] ANTHONY SHELTON a/k/a PETEY a/k/a SLIM; [25] JAMES FARLEY, JR. a/k/a BABY JAMES; [26] DEDRIC SHINE a/k/a MOOK; [27] CHRIS YOUNG a/k/a SOLDIER C; and [28] DMITRI JOHNSON did combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute controlled substances, including 500 grams or more of a mixture and substance containing a detectable amount of cocaine, and 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, that is crack cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about September 15, 2010, in the Middle District of Tennessee and elsewhere, [3] **BRIAN VANCE a/k/a BIRD a/k/a BIRDMAN**, [18] **DONTRELL PITTMAN a/k/a CT**, [19] **CHARLES MOUNT a/k/a C-RED**, and [20] **JONATHAN JOHNSON** did unlawfully, knowingly and intentionally possess with the intent to distribute twenty eight grams or more of a mixture and substance containing a detectable amount of cocaine base, that is, crack cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about December 10, 2010, in the Middle District of Tennessee and elsewhere, **[1] ROBERT PORTER a/k/a "DA HERO" a/k/a "POOH"** did unlawfully, knowingly, and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine and twenty eight grams or more of a mixture and substance containing a detectable amount of cocaine base, that is, crack cocaine, Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about December 10, 2010, in the Middle District of Tennessee, **[28] DMITRI JOHNSON**, while controlling a place generally known as 516 Pointer Lane, Clarksville, Tennessee, as an occupant, knowingly and intentionally made available for use, with or without compensation, said place for the purpose of unlawfully manufacturing a controlled substance.

In violation of Title 21, United States Code, Section 856(a)(2).

4

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about December 11, 2010, in the Middle District of Tennessee and elsewhere, [11] **LAMONT COTTON** did unlawfully, knowingly, and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about December 11, 2010, in the Middle District of Tennessee and elsewhere, [7] **TRAVIS HODGES** did unlawfully, knowingly, and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
JERRY E. MARTIN
UNITED STATES ATTORNEY

_____
SUNNY A.M. KOSHY
ASSISTANT UNITED STATES ATTORNEY