IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:11-00012 |
| | ) | |
| ROBERT PORTER, et al., | ) | |
| | ) | |

### O R D E R

The Court finds, pursuant to 18 U.S.C. § 3161(7)(A), that the ends of justice served by continuing the trial to a later date outweigh the best interest of the public and the defendants in a speedy trial. The factors justifying this finding are as follows:

1. The failure to continue the trial would result in a miscarriage of justice.

2. The case is complex and it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section as outlined below:

    a. Twenty-eight defendants remain for trial.

    b. There is voluminous discovery.

    c. This case has been declared an extended and complex mega case under the CJA Guidelines in order to allow for interim vouchering and budgeting as a mega-case with the assistance of the Sixth Circuit Budgeting Attorney.

It is therefore **ORDERED** that the trial in this case is RESET for a FIRM trial date on **MONDAY, JUNE 4, 2012, at 10:00 a.m.** in Courtroom #783, United States Courthouse, 801 Broadway, Nashville, Tennessee. Pretrial motions are due on or before December 9, 2011. Hearing on any outstanding pretrial motions is set for January 26, 2012 at 1:00 p.m.

It is so **ORDERED**.

_Thomas A. Wiseman, Jr._
Thomas A. Wiseman, Jr.
Senior U.S. District Judge