8 cW a Ybh ++&]g; F5 BH98 "

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:11-00012-14 |
| ) | Senior Judge Wiseman |
| DEMETRIUS DUNCAN ) | |

### MOTION FOR LEAVE TO JOIN AND ADOPT CERTAIN PRETRIAL PLEADINGS

COMES NOW Defendant Demetrius Duncan, by and through his undersigned counsel, and respectfully moves this Honorable Court for leave to join and adopt certain pending pretrial pleadings filed by his Co-Defendants. Specifically, Defendant Duncan requests that he be allowed to join and adopt:

1. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT1). (Docket Entry 744).

2. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT2). (Docket Entry 745).

3. Memorandum of Law in Support of Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretaps: TT1, TT2, TT3, TT4, TT5, TT6, TT7, TT8, TT9, TT10, TT11. (Docket Entry 748).

4. All ancillary motions and exhibits filed in support of these pleadings. (Including Docket Entries 746, 747, 749, 750, 751, 752, 758, 759, 760 & any subsequent filings).

In support hereof, Defendant Duncan would state as follows:

1. As to the issues raised and the relief requested in the pleadings listed above, Defendant Duncan is similarly situated to the Co-Defendants named in the respective pleadings.