*[signature: Thomas A. Wiseman Jr.]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.:  3:11-00012-14** |
| ) | **Senior Judge Wiseman** |
| **DEMETRIUS DUNCAN** ) | |

## MOTION FOR LEAVE TO JOIN AND ADOPT CERTAIN PRETRIAL PLEADINGS

COMES NOW Defendant Demetrius Duncan, by and through his undersigned counsel, and respectfully moves this Honorable Court for leave to join and adopt certain pending pretrial pleadings filed by his Co-Defendants. Specifically, Defendant Duncan requests that he be allowed to join and adopt:

1. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT3). (Docket Entry 777).

2. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT1 - Renewal).  (Docket Entry 800).

3. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT2 - Renewal).  (Docket Entry 822).

4. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT5, TT6). (Docket Entry 828).

5. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT2, TT3, TT4 - Renewals).  (Docket Entry 833).

6. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT4). (Docket Entry 835).

7. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT7, TT8 & TT5 Renewal). (Docket Entry 875).

8. Memorandum of Law in Support of Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretaps: TT1, TT2, TT3, TT4, TT5, TT6, TT7, TT8, TT9, TT10, TT11. (Docket Entry 748).

9. All ancillary motions and exhibits filed in support of these pleadings. (Including, but not limited to, Docket Entries 779, 781, 784, 786, 788 – 795, 824-827, 829-832, 834, 836-837, 840-844, 876, 878-879 & any subsequent filings).

In support hereof, Defendant Duncan would state as follows:

1. As to the issues raised and the relief requested in the pleadings listed above, Defendant Duncan is similarly situated to the Co-Defendants named in the respective pleadings.

2. Defendant Duncan intends to file pleadings similar to and perhaps duplicative of those listed above, and the same facts and legal analysis applicable to the Co-Defendants will equally apply to Defendant Duncan.

3. Judicial economy warrants the joinder of motions relating to common issues or interests.

**WHEREFORE**, Defendant Duncan respectfully requests that this Honorable Court grant this Motion and allow him to join and adopt the pretrial pleadings as set forth above.

Respectfully submitted,

s/ Benjamin H. Perry
BENJAMIN H. PERRY
40 Music Square East, Suite 100
Nashville, TN 37203
(615) 242-4200