UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012-14 |
| v. ) | Judge Sharp |
| ) | |
| DEMETRIUS DUNCAN ) | |
| ) | |

**O R D E R**

The change of plea hearing scheduled for Thursday, April 18, 2013, at 2:30 p.m. is hereby RESCHEDULED for Wednesday, April 17, 2013, at 10:30 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE