UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.:   3:11-00012-14 |
| | ) | Magistrate Judge Brown |
| **DEMETRIUS DUNCAN** | ) | |

## MOTION TO CONTINUE ARRAIGNMENT

**COMES NOW** Defendant **Demetrius Duncan**, by and through his undersigned counsel, and respectfully moves this Honorable Court to continue the arraignment currently scheduled for April 23, 2013 at 10:00 AM to any time on April 24, 2013. Given the continuance of the trial of this matter entered on April 19, 2013 (Docket Entry 1415), undersigned counsel now has a scheduling conflict on April 23, 2013, but is available at any time on April 24, 2013. Undersigned counsel will also be unable to obtain a waiver from Defendant Duncan prior to either date.

Respectfully submitted,

s/ Benjamin H. Perry
BENJAMIN H. PERRY
40 Music Square East, Suite 100
Nashville, TN 37203
(615) 242-4200
ben@benperrylaw.com
*Attorney for Defendant Leonard Baugh*

**ORDER**
**Motion Granted**
/S/ Joe B. Brown
**JOE B. BROWN**
**Magistrate Judge**

and the rearraignment is reset for Wed. Apr. 24, 2013 at 1:00 p.m.