UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00012 |
| | ) | Judge Sharp |
| DEMETRIUS DUNCAN [14] | ) | |
| ALTO PARNELL [22] and | ) | |
| CHRIS YOUNG [27] | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) The "Motion for Judgment of Aquittal and/or a New Trial" filed by Defendant Chris Young (Docket No. 1795) is hereby DENIED;

(2) The "Motion for Judgment of Acquittal Notwithstanding the Verdict, and, in the Alternative, Motion for New Trial" filed by Defendant Demetrius Duncan (Docket No. 1806) is hereby DENIED; and

(3) The "Renewed Motion for Judgment of Acquittal and, in the Alternative, Motion for New Trial" filed by Defendant Alto Parnell (Docket No. 1935) is hereby DENIED.

By separate Order, the Court will set a sentencing date for each Defendant.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE